**FILED**

12/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0307

Robyn L. Weber, Esq.
Weber Law Firm
221 5th Avenue
Helena, MT 59601
Tel. (406) 449-4433
Robyn@weberlawhelena.com
Attorney for Respondent/Appellee
EMILY ANN BACON

## IN THE SUPREME COURT OF THE

## STATE OF MONTANA

| | |
|---|---|
| IN THE MARRIAGE OF:<br><br>JOSHUA ARNOLD BACON,<br><br>  Petitioner/Appellant,<br><br>v.<br><br>EMILY ANN BACON,<br><br>  Respondent/Appellee. | Cause No. DA 22-0307<br><br>**ORDER GRANTING MOTION**<br>**FOR EXTENSION OF TIME** |

Upon Motion of the Respondent/Appellee, Emily Ann Bacon, by and through her counsel of record, Robyn L. Weber, IT IS HEREBY ORDERED that the Respondent/Appellee IS GRANTED an additional 30 days to prepare and file the Response Brief, up to and including **January 18, 2023.**

SO ORDERED this _____ day of December, 2022.

_____
Clerk, Supreme Court

c:    Robyn Weber, Esq.
       Dave B. Gallik, Esq.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 2 2022